Robbie **VIEHMEYER**, Plaintiff—
Appellant,

v.

**J. QUIJAS,** Santa Ana Officer (# 1974); A. Blascovich, Santa Ana Officer (1800); M. Gonzalez, Santa Ana Officer (# 2137), Defendants—Appellees.

No. 02–55781.
D.C. No. CV–02–00113–DOC.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 4, 2003.

Decided June 16, 2003.

Before THOMAS, PAEZ, Circuit
Judges, and REED, District Judge.*

---

* The Honorable Edward C. Reed, Jr., United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

**MEMORANDUM\*\***

In view of our decision in the companion case of *Viehmeyer v. City of Santa Ana, et. al.,* No. 02–56157, 2003 WL 21436250, 67 Fed.Appx. 470, this appeal is dismissed as moot.

**DISMISSED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

